IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:08-cv-204-FDW

| | |
|---|---|
| ROBIN H. WALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| BELLSOUTH SHORT TERM ) | |
| DISABILITY PLAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER comes before the Court upon telephonic communication from Plaintiff and Defendant's counsel to Chambers indicating that all claims in the case have been resolved in full. Therefore, IT IS ORDERED that this matter is DISMISSED subject to the right of either party to file a motion to reopen the case should settlement not be consummated within thirty (30) days hereof. The parties are directed to file their Stipulation of Dismissal on or before **June 29, 2009**.

IT IS SO ORDERED.    Signed: May 27, 2009

Frank D. Whitney
United States District Judge